IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN MICHAEL CREDICO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-1255 |
| | : | |
| WEST GOSHEN POLICE, et al. | : | |

## **ORDER**

AND NOW, this 18th day of November, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Defendants Chester County Sheriff and Chester County's Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) (Document 22) is GRANTED;

- Defendants Detective David Maurer and West Goshen Police's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Document 28) is GRANTED;

- All claims in pro se Plaintiff Justin Michael Credico's Complaint in the above-captioned matter are DISMISSED with prejudice;[1]

- The Clerk of Court is DIRECTED to mark this case CLOSED.

---

[1] Along with the reasons set forth in the accompany memorandum, this Court is compelled to note another reason why these claims must be dismissed with prejudice. Credico is a frequent litigant in this Court and has a history of filing frivolous and legally unintelligible documents. Over the past three years, Credico has engaged in a campaign of harassment, filing forty-one cases in this District alone. His conduct continues despite repeated defeats and admonitions. The Court has spent much time in resolving these frivolous lawsuits. It must protect its limited resources to ensure they are allocated so as to promote and protect the interests of justice. As such, continuously granting leave to amend would not only be inequitable to the defendants but also this Court.

BY THE COURT:


<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.